# CHULSKY ♦ KAPLAN, LLC

**ATTORNEYS AT LAW**

**Glen H. Chulsky** NJ
**Ben A. Kaplan** NJ, NY, DC
**Dennis M. Kessler** NJ

280 Prospect Avenue, 6G
Hackensack, NJ 07601
Voice: (877) 827-3395
Fax:   (877) 827-3394

---

December 24, 2019

**Via ECF**
The Honorable Brian R. Martinotti
United States Judge
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *Mitchell v. Atlantic Credit & Finance, Inc. et al*
              2:19-cv-16464-BRM-SCM

Dear Judge Martinotti,

    The undersigned counsel represents the plaintiff, George Mitchell and defendant, Atlantic Credit & Finance, in the above captioned matter.

    We are pleased to report that the plaintiff and defendant have reached an amicable resolution for this matter and are so notifying the court.

    Accordingly, the parties request that the Court enter a 60-day administrative order terminating the case and any other pending matters in this case before the court, including specifically holding in obeyance Defendant's motion (currently set for 1/21/2020) to compel arbitration, as the parties work towards consummating the settlement.

Respectfully submitted,


CHULSKY KAPLAN LLC
By:   *s/Ben A. Kaplan*
       Ben A. Kaplan, Esq.
       *Counsel for Plaintiff*

HINSHAW & CULBERSTON LLP.
By:   *s/ Matthew B. Corwin*
       Matthew B. Corwin, Esq.
       *Counsel for Defendant*